# DOCUMENTS TO BE SEALED

## *PLAINTIFF*

## -V-

## *DEFENDANT*

DOCKET NUMBER: __19 CV 01422__

DATE FILED: __FEB 1 4 2019__

SIGNED BY: __JUDGE RAMOS__

DATE SIGNED: __FEB 1 4 2019__

## TO BE FILED UNDER SEAL:

_____ ENTIRE ACTION

___✓___ (COMPLAINT) / PETITION ONLY

___✓___ OTHER DOCUMENTS / (EXHIBITS)