# EXHIBIT A
# FILED ENTIRELY UNDER SEAL