UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CAPRI SUN GMBH,

                              Plaintiff,

                      -v-

AMERICAN BEVERAGE CORPORATION,

                              Defendant.

19 Civ. 1422 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

For the reasons stated on the record at today's conference, the Court hereby sets the following schedule and deadlines:

- The parties' joint statement of stipulated facts is due **April 15, 2021**;

- The parties' cross-motions for summary judgment and *Daubert* motions are due **May 14, 2021**;

- The parties' oppositions to motions for summary judgment and *Daubert* motions are due **June 14, 2021**;

- The parties' replies in support of their motions for summary judgment and *Daubert* motions are due **June 28, 2021**.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: March 15, 2021
       New York, New York