UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

CAPRI SUN GMBH,

                       Plaintiff,                        19 Civ. 1422 (PAE)

                          -v-                                <u>ORDER</u>

AMERICAN BEVERAGE CORPORATION,

                       Defendant.

------------------------------------------------------------

PAUL A. ENGELMAYER, District Judge:

       The Court hereby reschedules oral argument in this case for **March 17, 2022 at 3 p.m.** All conferences with the Court are scheduled for a specific time; there is no other matter scheduled for that time, and counsel are directed to appear in Courtroom 1305 at the Thurgood Marshall U.S. Courthouse, 40 Centre Street, New York, New York 10007. Participants are directed to review the District's COVID-19 protocols for courthouse entry, which are available online at https://www.nysd.uscourts.gov/covid-19-coronavirus, to ensure that they will be able to gain entry to the courthouse for the conference. All conferences with the Court are scheduled for a specific time; there is no other matter scheduled for that time, and counsel are directed to appear promptly.

       SO ORDERED.

                                                        *Paul A. Engelmayer*
                                                        PAUL A. ENGELMAYER
                                                        United States District Judge

Dated: February 23, 2022
       New York, New York