UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CAPRI SUN GMBH,

                Plaintiff,

         -v-

AMERICAN BEVERAGE CORPORATION,

                Defendant.

19 Civ. 1422 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

    Argument on the pending summary judgment motions in this case is scheduled for Thursday, March 17, 2022, at 3 p.m. In preparation for argument, the Court has closely reviewed the associated *Daubert* motions. The Court hereby notifies counsel that it has determined that it will receive, in its entirety, the expert report of Hal Poret; and that it is extremely likely that it will receive, either in whole or in principal measure, the expert reports of Joel Steckel and Erich Joachimsthaler. The Court accordingly expects counsel to focus their arguments on the summary judgment motions rather than the *Daubert* motions. The Court is so notifying counsel to guide counsel in their preparation for argument.

    SO ORDERED.

                                                *Paul A. Engelmayer*
                                              PAUL A. ENGELMAYER
                                              United States District Judge

Dated: March 14, 2022
       New York, New York