UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CAPRI SUN GMBH,

                Plaintiff,

                -v-

AMERICAN BEVERAGE CORPORATION,

                Defendant.

19 Civ. 1422 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

A final pretrial conference is hereby scheduled for October 27, 2022, at 2 p.m., in Courtroom 1305 at the Thurgood Marshall U.S. Courthouse, 40 Centre Street, New York, New York 10007. All conferences with the Court are scheduled for a specific time; there is no other matter scheduled for that time, and counsel are directed to appear promptly.

SO ORDERED.

                                                          PAUL A. ENGELMAYER
                                                          United States District Judge

Dated: August 30, 2022
       New York, New York

1