UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CAPRI SUN GMBH,

                                          Plaintiff,

-v-

AMERICAN BEVERAGE CORP.,

                                         Defendant.

19 Civ. 1422 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court today held a conference in this case and, in a lengthy bench ruling, resolved the pending motions *in limine*. *See* Dkts. 207, 209. The Court respectfully requests the Clerk of the Court to terminate the motions pending at dockets 207 and 209.

Also at today's conference, the Court instructed the parties to file a revised joint pretrial order and joint letter regarding an expert witness for damages by December 2, 2022.

SO ORDERED.

                                                                *Paul A. Engelmayer*
                                                                PAUL A. ENGELMAYER
                                                                United States District Judge

Dated: October 27, 2022
        New York, New York