UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CAPRI SUN GMBH,

                              Plaintiff,                      **19-CV-1422 (PAE)**

         -against-                      **<u>ORDER SCHEDULING PRE-SETTLEMENT CONFERENCE CALL</u>**

AMERICAN BEVERAGE CORP.,

                              Defendant.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      A pre-settlement conference call in this matter is hereby rescheduled for **<u>Wednesday, November 9, 2022, at 2:00 p.m.</u>** Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time.  **Please dial (888) 808-6929; access code [9781335].**

      **SO ORDERED.**

DATED:    New York, New York
               November 3, 2022

                                                        _____
                                                        VALERIE FIGUEREDO
                                                       United States Magistrate Judge