```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
```

CAPRI SUN GMBH,

                              Plaintiff,                         19 Civ. 1422 (PAE)

        -v-

                                                                           ORDER

AMERICAN BEVERAGE CORPORATION,

                              Defendant.

```
------------------------------------------------------------------X
```

PAUL A. ENGELMAYER, District Judge:

      The Court has set a jury trial to commence on Monday, June 12, 2023. The parties expect this trial to last between nine and ten days. The revised joint pretrial order is due on February 10, 2023. Dkt. 256. The parties are directed to consult the Court's individual rules and practices, available on the Court's website, with regard to the content of the joint pretrial order. Any motions *in limine* are also due on February 10, 2023. Oppositions to motions *in limine* are due by 12:00 pm on February 15, 2023.

      A final pre-trial conference is set for February 27, 2023 at 2 p.m. in Courtroom 1305 at the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007.

SO ORDERED.

                                                            *Paul A. Engelmayer*
                                                            Paul A. Engelmayer
                                                            United States District Judge

Dated: November 21, 2022
           New York, New York