IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAPRI SUN GMBH,<br><br>        Plaintiff,<br><br>vs.<br><br>AMERICAN BEVERAGE CORPORATION,<br><br>        Defendant. | Case No. 1:19-cv-01422 (PAE) |

**NOTICE OF WITHDRAWAL OF COUNSEL**

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Margaret L. Wheeler-Frothingham has withdrawn as counsel on behalf of Plaintiff in the above-captioned matter due to an impending change in employment.

Plaintiff will continue to be represented by A. John P. Mancini, Jonathan W. Thomas, Daniel Rosales, and Kaitlyn Hunt of the firm Mayer Brown LLP.

Dated: November 16, 2022
       New York, New York

Respectfully submitted,

/s/ Margaret L. Wheeler-Frothingham
Margaret L. Wheeler-Frothingham
A. John P. Mancini
Jonathan W. Thomas
Daniel Rosales
Kaitlyn Hunt
MAYER BROWN LLP
1221 Avenue of the Americas
New York, New York 10020-1001
Tel.: (212) 506-2500
Fax: (212) 262-1910
Email: JMancini@mayerbrown.com
Email: JWThomas@mayerbrown.com
Email: DRosales@mayerbrown.com
Email: KHunt@mayerbrown.com

*Attorneys for Plaintiff Capri Sun GmbH*

Granted.  SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: August 31, 2023
      New York, New York