UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CAPRI SUN GMBH,

                                      Plaintiff,

-v-

AMERICAN BEVERAGE CORPORATION,

                                      Defendant.

19 Civ. 1422 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

For the reasons stated at today's hearing, the Court orders the parties to file by Monday, September 25, 2023:

- Each party's proposed trial exhibit list with a joint letter outlining the parties' respective positions as to those disputes about admissibility that merit resolution before trial.

- Each party's proposed verdict form.

- A letter from each party addressing whether, as damages, the 2023 royalty under the SLA is available in its entirety or only prorated through trial.

- A letter from each party addressing the proper means of instructing the jury as to those *Polaroid* factors that the Court has resolved in its summary judgment decision.

For the avoidance of doubt, the jury trial in this case will begin on October 16, 2023.

SO ORDERED.

                                                      *Paul A. Engelmayer*
                                                   PAUL A. ENGELMAYER
                                                   United States District Judge

Dated: September 11, 2023
         New York, New York