UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CAPRI SUN GMBH,

                                        Plaintiff,

                    -v-

AMERICAN BEVERAGE CORPORATION,

                                        Defendant.

19 Civ. 1422 (PAE)

<u>ORDER</u>

PAUL A. ENGELMAYER, District Judge:

A conference is hereby scheduled for **October 10, 2023 at 3:30 p.m.**, at which the Court will issue a bench ruling resolving the latest round of motions *in limine*. This conference will be held telephonically. The parties should call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 468-4906, followed by the pound (#) key. The Court directs both parties to email EngelmayerNYSDChambers@nysd.uscourts.gov, no later than 24 hours before the conference, the names of any counsel who wish to enter an appearance at the conference, and the number from which each counsel will be calling. The Court has confirmed each side's availability for this conference.

SO ORDERED.

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge

Dated: October 8, 2023
       New York, New York