UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CAPRI SUN GMBH,

                              Plaintiff,

        -v-

AMERICAN BEVERAGE CORP.,

                             Defendant.

19 Civ. 1422 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

    The Court today held a conference in this case and, in a lengthy bench ruling, resolved the pending motions *in limine*. *See* Dkts. 286, 289, 293. The Court respectfully requests the Clerk of Court terminate the motions pending at dockets 286, 289, and 293.

    SO ORDERED.

                                                   *Paul A. Engelmayer*
                                                 PAUL A. ENGELMAYER
                                                 United States District Judge

Dated: October 10, 2023
       New York, New York