UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CAPRIN SUN GMBH,

                              Plaintiff,

-v-

AMERICAN BEVERAGE CORPORATION,

                              Defendant.

19 Civ. 1422 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court is in the process of preparing the voir dire questionnaire in this case. As the Court noted at the September 11, 2023 conference, it intends to compile a list of names of the people and business entities that may be mentioned during the trial, and ask the venire whether they have had any dealings with any person or entity on the list.

The Court has not received an updated list from either party. It has thus compiled a list of names from the parties' proposed voir dire questions. *See* Dkts. 205, 214. The current list of names of people that may be mentioned during the trial is as follows:

- John Anderson
- Ilene Bergenfeld
- Erich Joachmisthaler
- Nancy Martin
- Christopher O'Connor
- Hal Poret
- Joel Steckel
- Jan Strubel

- Roland Weening

- Sean Zimmer

The current list of names of business entities that may be mentioned during the trial is as follows:

- American Beverage Corporation

- Brynwood Partners

- Capri Sun

- Harvest Hill

- Kraft Heinz

The Court assumes from the lack of any submissions on this point that these lists are complete. If either of these lists is inaccurate or incomplete, the parties must jointly file complete alphabetized lists by **10:00 a.m. tomorrow, October 13, 2023**.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: October 12, 2023
       New York, New York

2