IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAPRI SUN GMBH., <br><br> *Plaintiff*, <br><br> v. <br><br> AMERICAN BEVERAGE CORPORATION, <br><br> *Defendant*. | Case No. 1:19-cv-01422 (PAE) |

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

Plaintiff Capri Sun GmbH and defendant American Beverage Corporation by and through their attorneys hereby stipulate, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, and subject to the approval of the Court, to the dismissal of all claims between them in this action with prejudice pursuant to a settlement agreement. Each party shall bear its own costs and attorneys' fees.

Signatures:

| Attorneys for Capri Sun GmbH | Attorneys for Defendant American Beverage Corp. |
|---|---|
| By:/s/ *A. John P. Mancini* <br> A. John P. Mancini <br> MAYER BROWN LLP <br> 1221 Avenue of the Americas <br> New York, NY 10020-1001 <br> JMancini@mayerbrown.com | By:/s/ *Joshua Krumholz* <br> Joshua Krumholz <br> HOLLAND & KNIGHT <br> 10 St. James Avenue, 11th Floor, <br> Boston, Massachusetts 02116 <br> Joshua.krumholz@khlaw.com |

**SO ORDERED:**

_____

**United States District Judge**