IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAPRI SUN GMBH., *Plaintiff*, v. AMERICAN BEVERAGE CORPORATION, *Defendant*. | Case No. 1:19-cv-01422 (PAE) |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Capri Sun GmbH and defendant American Beverage Corporation by and through their attorneys hereby stipulate, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, and subject to the approval of the Court, to the dismissal of all claims between them in this action with prejudice pursuant to a settlement agreement. Each party shall bear its own costs and attorneys' fees.

Signatures:

Attorneys for Capri Sun GmbH

By: _____
A. John P. Mancini
MAYER BROWN LLP
1221 Avenue of the Americas
New York, NY 10020-1001
JMancini@mayerbrown.com

Attorneys for Defendant American Beverage Corp.

By: _____
Joshua Krumholz
HOLLAND & KNIGHT
10 St. James Avenue, 11th Floor,
Boston, Massachusetts 02116
Joshua.krumholz@khlaw.com

**SO ORDERED:**

_____

**United States District Judge**